UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROY PAYAN; et al.,

      Plaintiffs - Appellants,

  v.

LOS ANGELES COMMUNITY
COLLEGE DISTRICT,

      Defendant - Appellee.

No. 24-1809

D.C. No.
2:17-cv-01697-SVW-SK
Central District of California,
Los Angeles

ORDER

Before: BYBEE, LEE, and DE ALBA, Circuit Judges.

Judges Bybee and de Alba voted to deny Appellees' petition for panel rehearing. Judge Lee voted to grant the petition for panel rehearing. Judges Lee and de Alba voted to deny the petition for rehearing en banc, and Judge Bybee recommended denying the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc are DENIED. No further petitions will be entertained.

           FOR THE COURT:

           MOLLY C. DWYER
           CLERK OF COURT